IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )       8:13CR351
                             )
        v.                   )
                             )
PRISCILLA PINEDO and         )       ORDER
JAIME QUINONEZ,              )
                             )
            Defendants.      )
_____ )
```

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 41).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the indictment as it relates to defendants Priscilla Pinedo and Jaime Quinonez is dismissed without prejudice.

DATED this 1st day of November, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court